UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

NESTOR DAVID VASQUEZ-GOMEZ,

          Defendant.

CASE NO. 10CR4427-LAB

JUDGMENT OF DISMISSAL



    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of the Indictment/Information: <u>8 USC 1326 - Attempted Entry After Deportation.</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/13/2010

LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE